**This order is SIGNED.**

 

**Dated: August 18, 2017**

**WILLIAM T. THURMAN
U.S. Bankruptcy Judge**

Proposed Order Prepared and Submitted By:
Ralph R. Mabey (#2036)
Adelaide Maudsley (#8791)
**KIRTON MCCONKIE P.C.**
50 East South Temple, Suite 400
Salt Lake City, UT 84111
Telephone: 801-328-3600
Facsimile: 801-212-2013
Email: rmabey@kmclaw.com
   amaudsley@kmclaw.com

Pedro A. Jimenez (admitted *pro hac vice*)
Paul C. Huck, Jr. (admitted *pro hac vice*)
Cristina Pérez Soto (admitted *pro hac vice*)
**JONES DAY**
600 Brickell Avenue
Brickell World Plaza, Suite 3300
Miami, FL 33131
Telephone: 305-714-9700
Facsimile: 305-714-9799
Email: pjimenez@jonesday.com
   paulhuck@jonesday.com
   cperezsoto@jonesday.com

*Counsel for Sanjiv Noronha
(Limited/Special Appearance)*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re CS MINING, LLC,<br><br> Debtor. | Bankruptcy Case No. 16-24818<br><br>Chapter 11 |
| CLARITY COPPER, LLC, a California limited liability company; and SKYE MINERAL INVESTORS, LLC, an Ohio limited liability company;<br><br> Plaintiffs,<br><br> v.<br><br>DXS CAPITAL (U.S.) LIMITED, a Delaware corporation, et al.,<br><br> Defendants. | Adversary Case No. 16-02114-WTT<br><br>Hon. William T. Thurman |

4847-5291-7581.v1

**ORDER GRANTING MOTION TO QUASH SERVICE OF
SUMMONS AND COMPLAINT ON SANJIV NORONHA PURSUANT
TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7012(b) AND
FEDERAL RULE OF CIVIL PROCEDURE 12(b)(5)**

The "Motion to Quash Service of Summons and Complaint on Sanjiv Noronha Pursuant to Federal Rule of Bankruptcy Procedure 7012(b) and Federal Rule of Civil Procedure 12(b)(5)" (Docket No. 22) (the "Motion") having come before the Court for hearing on August 16, 2017, at 3:00 p.m. prevailing Mountain Time, and Adelaide Maudsley of Kirton McConkie and Paul C. Huck, Jr. of Jones Day having appeared on behalf of Defendant Sanjiv Noronha ("Mr. Noronha") and Daniel E. Barnett of Parr Brown Gee & Loveless having appeared on behalf of Plaintiffs Clarity Copper, LLC and Skye Mineral Investors, LLC, and the Court having considered the papers submitted in support of and in opposition to the Motion and the arguments of counsel at the hearing, and the Court having stated its ruling on the record at the hearing and the support therefor, including that the process immunity privilege applies, and for good cause appearing,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. Service of the summons and complaint in this action made on May 31, 2017 on Mr. Noronha is quashed.

---------------------------------------------------------------------------------------------------------------------

END OF ORDER

**DESIGNATION OF PARTIES TO RECEIVE NOTICE**

Service of the foregoing **(PROPOSED) ORDER GRANTING MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT ON SANJIV NORONHA PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7012(b) AND FEDERAL RULE OF CIVIL PROCEDURE 12(b)(5)** shall be served to the parties and in the manner indicated below:

BY ELECTRONIC SERVICE: The undersigned hereby certifies that the parties of record in this case as identified below, are registered CM/ECF users.

- Patricia W. Christensen   pchristensen@parrbrown.com
- Joseph M.R. Covey   calendar@parrbrown.com
- Paul C. Huck   paulhuck@jonesday.com, apolo@jonesday.com
- Pedro A. Jimenez   pjimenez@jonesday.com
- David E. Leta   dleta@swlaw.com, wkalawaia@swlaw.com;csmart@swlaw.com
- Ralph R. Mabey   rmabey@kmclaw.com
- Adelaide Maudsley   amaudsley@kmclaw.com, tslaughter@kmclaw.com
- A.M. Cristina Perez Soto   cperezsoto@jonesday.com
- Jeff D. Tuttle   jtuttle@swlaw.com, jpollard@swlaw.com;docket_slc@swlaw.com

BY US MAIL: In addition to the parties of record receiving notice through the CM/ECF system, the following parties should be served notice pursuant to Fed. R. Civ. P. 5(b).

Christopher Grivakes
333 South Hope Street, Suite 2610
Los Angeles, CA 90071

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 18, 2017, the foregoing **(PROPOSED) (PROPOSED) ORDER GRANTING MOTION TO QUASH SERVICE OF SUMMONS AND COMPLAINT ON SANJIV NORONHA PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7012(b) AND FEDERAL RULE OF CIVIL PROCEDURE 12(b)(5)** was filed with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system and was electronically served by CM/ECF to each of the following counsel of record:

- Patricia W. Christensen    pchristensen@parrbrown.com
- Joseph M.R. Covey    calendar@parrbrown.com
- Paul C. Huck    paulhuck@jonesday.com, apolo@jonesday.com
- Pedro A. Jimenez    pjimenez@jonesday.com
- David E. Leta    dleta@swlaw.com, wkalawaia@swlaw.com;csmart@swlaw.com
- Ralph R. Mabey    rmabey@kmclaw.com
- Adelaide Maudsley    amaudsley@kmclaw.com, tslaughter@kmclaw.com
- A.M. Cristina Perez Soto    cperezsoto@jonesday.com
- Jeff D. Tuttle    jtuttle@swlaw.com, jpollard@swlaw.com;docket_slc@swlaw.com

*/s/ Torri Slaughter*
Legal Assistant

4847-5291-7581.v1